HON HAI PRECISION INDUSTRY CO., LTD., Plaintiff–Appellant,

v.

PSC COMPUTER PRODUCTS, INC., Defendant–Cross Appellant.

Nos. 04–1366, 04–1408.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2004.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).